UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARTHA SANCHEZ, | ) | |
| Plaintiff, | ) | 2:10-cv-1612-KJD-LRL |
| vs. | ) | |
| BERGENSONS PROPERTY SERVICES INC., etc., *et al*., | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Defendants' Motion for Waiver of Attendance of Insurance Representative at ENE (#16).

The Court having reviewed the Motion (#16) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion for Waiver of Attendance of Insurance Representative at ENE (#16) is **DENIED**.

DATED this 22nd day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge