1  BRADLEY S. SCHRAGER, ESQ.
   Nevada Bar # 10217
2  JONES VARGAS
   3773 Howard Hughes Parkway
3  Third Floor South
   Las Vegas, Nevada 89169
4  Telephone: (702) 862-3300
   Facsimile:   (702) 737-7705
5  ATTORNEYS FOR DEFENDANT
   BERGENSONS PROPERTY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MARTHA SANCHEZ, | CASE NO. 2:10-cv-01612-KJD-LRL |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| vs. | |
| BERGENSONS PROPERTY SERVICES, INC., A DELAWARE CORPORATION; ADMINISTAFF COMPANIES II, LP, A DELAWARE LIMITED PARTNERSHIP; ROE BUSINESS ORGANIZATIONS I-X; DOE INDIVIDUALS, I-X, | |
| Defendants, | |

All parties by and through their undersigned counsel hereby stipulate and agree that the above-entitled actions, including any and all affirmative claims, counterclaims, and cross claims,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

917500.doc

1  shall be dismissed with prejudice, each party to bear their own attorneys fees and costs incurred.

2  DATED this 18th day of January, 2011.        DATED this 18th day of January, 2011.

3  **KEMP & KEMP**                              **JONES VARGAS**

4  /s/ J.P. Kemp                                /s/ Bradley S. Schrager
   J.P. Kemp, Esq.                              Bradley S. Schrager, Esq.
5  7435 W. Azure Dr., #110                      3773 Howard Hughes Pkwy.
   Las Vegas, NV  89130                         3rd Floor South
6  Tele:  (702) 258-1183                        Las Vegas, NV  89169
   Fax:   (702) 258-6983                        Tele:  (702) 862-3300
7  Attorneys for Martha Sanchez                 Fax:   (702) 737-7705
                                                Attorneys for Bergensons
8                                               Property Services, Inc.

9  DATED this 18th day of January, 2011.

10 **FISHER & PHILLIPS LLP**

11

12 /s/ Scott M. Mahoney

13 Scott M. Mahoney
   3800 Howard Hughes Parkway
14 Suite 950
   Las Vegas, NV  89169
15 Attorneys for Administaff
   Companies II LP
16

17                                   **ORDER**

18      IT IS HEREBY ORDERED.

19      DATED this ___19___ day of January, 2011.

20

21                                              _____
                                                United States District Court Judge
22 Submitted by:

23 **JONES VARGAS**

24 /s/ Bradley S. Schrager
   Bradley S. Schrager, Esq.
25 3773 Howard Hughes Pkwy.
   3rd Floor South
26 Las Vegas, NV  89169
   Tele:  (702) 862-3300
27 Fax:   (702) 737-7705
   Attorneys for Bergensons
28 Property Services Inc.

917500.doc